# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re: | Case Number: 22-32000 |
| Kimberly Michelle Grace<br>Debtor. | Chapter: 13 |

**PURSUANT TO LOCAL RULE 3007-1, THIS OBJECTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 30 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

## Objection to Claim

**COMES NOW,** the debtor by and through the undersigned attorney of record and hereby objects to proof of claim # 6 of creditor, Legacy at Festival in the amount of $2,045.48.  The debtor states the reasons for same:

1. Legacy at Festival filed claim # 6 in the amount of $2,045.48 on October 27, 2022.

2. However, the claim appears to duplicate claim # 4 filed by Legacy at Festival filed on October 26, 2022.

3. Therefore, the claim #6 should be stricken in toto.

**WHEREFORE, THESE PREMISES CONSIDERED,** the debtor hereby objects to proof of claim #6 of creditor, Legacy at Festival and moves this Honorable Court to disallow the claim in toto for the above stated reasons.

Respectfully submitted this 8th day of November, 2022.

BOND, BOTES, SHINN & DONALDSON, P.C.

By: /s/ Mary Conner Pool
Attorney for Debtor
P.O. Box 4479
Montgomery, AL 36103
Phone (334) 264-3363
Fax (334) 513-7219
mpool@bondnbotes.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing objection on all parties listed below by mailing a copy of same to them on this the 8th day of November, 2022.

Hon. Sabrina L. McKinney, Acting Chapter 13 Trustee, (via electronic filing)
Kimberly Michelle Grace (via email)
Legacy at Festival C/O Darby Law Firm LLC, PO Box 3905, Montgomery, Al 36109

/s/ Mary Conner Pool
Attorney for Debtor