# United States Bankruptcy Court
## Middle District of Alabama

In re **Kimberly Michelle Grace**  
Debtor(s)

Case No. **22-32000**  
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-9629**

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **Kimberly Michelle Grace**

Street: **2092 W. Aberdeen Drive**

City, State and Zip: **Montgomery, AL 36116**

Telephone #:

**Please be advised that effective  12/12/2022 ,  
my (our) new mailing address and telephone number is:**

Name: **Kimberly Michelle Grace**

Street: **3678 Carriage Oaks Drive**

City, State and Zip: **Montgomery, AL 36116**

Telephone #:

**/s/ Mary Conner Pool**  
**Attorney for Debtor**  
**PO Box 4479**  
**Montgomery, AL 36103**  
**Phone: 334-264-3363**  
**Fax: 334-230-5406**  
**mpool@bondnbotes.com**